UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THABICO COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-00427 |
| | § | |
| KIEWIT OFFSHORE SERVICES, LTD., *et al*, | § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to File Surreply to Motion for Sanctions (D.E. 24). After due consideration, the Court GRANTS the motion and directs the Clerk to file the "Surreply of Thabico and its Counsel to Motion for Sanctions" (D.E. 24-1) as an independent document on the docket of this case.

ORDERED this 31st day of March, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE