IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THABICO COMPANY | § | |
|    *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 2:16-CV-00427 |
| | § | |
| KIEWIT OFFSHORE SERVICES, LTD, | § | |
| CMF LEASING CO., and B.R. CRANE | § | |
| & EQUIPMENT LLC, | § | |
|    *Defendants* | § | |

**MOTION FOR LEAVE
TO FILE OPPOSITON TO MOTION TO ALLOCATE SANCTIONS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

1. Michael A. Lee and Eric Fryar, (collectively, "Counsel") file this Motion for Leave to File Opposition to Thabico's Motion for Allocation of Sanctions, and respectfully submit the following:

2. The Court set a deadline for Michael A. Lee and Eric Fryar, Counsel for Thabico in this matter, to submit their Response to Thabico's Motion to Allocate, Doc # 52. Counsel requests leave to file its motion approximately 6 hours late.

3. The reason for this delay is that Mr. Lee calendared the response due this Friday, November 10, 2017, instead of Thursday November 9, 2017. I sincerely apologize for any inconvenience this may have caused the Court or clerk's office.

4. Given the early hour I have not been able to determine whether Thabico and its new counsel object to this request for leave to file 6 hours late. I will therefore submit this Motion as opposed and correct that status as necessary later today when I hear from my colleague representing Thabico. This Motion is not submitted to cause delay, but to ensure that justice may be done.

5.  \

        Respectfully Submitted,

        /s/ MICHAEL A. LEE
        LAW OFFICE OF MICHAEL A. LEE
        SDTX NO. 14171
        State Bar No. 12074620
        2026 LATEXO DRIVE
        HOUSTON, TEXAS 77018
        TELEPHONE:  (713) 489-4309
        EMAIL:  COMLAW@ME.COM

        Lead Counsel for Plaintiff Thabico Company

*Additional Counsel for Thabico Company*

        Eric Fryar
        Fryar Law Firm, P.C.
        SDTX 11783
        State Bar No. 07495770,
        912 Prairie Street, Suite 100
        Houston Texas, 77002-3145
        Telephone: 281-715-6396
        Email: efryar@fryarlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, November 10, 2017 a true correct copy of Thabico's Motion for Leave was forwarded to all Counsel of Record via the ECF electronic service system.

_____